IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE ROY,** | CIV S-10-0245 KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **J.W. HAVILAND,** | |
| Respondent. | |

Respondent has requested a thirty day extension of time in which to file Respondent's response to Petitioner's petition for writ of habeas corpus (Docket No. 17). GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 17, 2010, in which to file Respondent's response to Petitioner's petition for writ of habeas corpus.

Dated: July 21, 2010.

_____
U.S. MAGISTRATE JUDGE

Order  (CIV S-10-0245 KJM)